UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSH WILSON,

        Petitioner,

v.                                          Case No. 1:04-cv-771

                                          Hon. Wendell A. Miles

MARY BERGUIS and
MICHIGAN ATTORNEY GENERAL,

        Respondents.

_____/

OPINION AND ORDER

On January 3, 2008, Magistrate Judge Hugh W. Brenneman, Jr. filed a Report and

Recommendation (docket # 32) recommending that Petitioner's petition for writ of habeas

corpus be denied because he was not entitled to habeas relief on any of his claims.  Petitioner

was advised of his right to file objections to the Report and Recommendation.  The time for

filing objections to the Report and Recommendation under Federal Rule of Civil Procedure 72(b)

has expired, and no objections have been filed.  After review of the Report and

Recommendation, the court adopts it as the opinion of this court.

Accordingly, Petitioner's petition for writ of habeas corpus (docket # 1) DENIED.

So ordered this 25th day of January, 2008.

                                     /s/ Wendell A. Miles
                                    Wendell A. Miles
                                    Senior U.S. District Judge